FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2012 DEC 21  AM 10: 51
CLERK'S OFFICE
AT [illegible]
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **THOMAS ALSTON,** | * |
| **Plaintiff** | * |
| v. | *   Civil Action No.: **AW 12 CV 3745** |
| **WELLS FARGO BANK, N.A.** | * |
| **Defendant** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by its attorneys and pursuant to 28 U.S.C. §§ 1331 and 1441, et seq., files this Notice of Removal and as grounds for removal states:

1. Plaintiff Thomas Alston ("Plaintiff"), filed suit against Wells Fargo in the Circuit Court of Maryland for Prince George's County, on November 2, 2012. The case was docketed as case no. CAL 12-32726.

2. Defendant was served with a copy of the Summons and Complaint on November 26, 2012.

3. Count I of Plaintiff's Complaint alleges violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq..

4. Therefore, this action is subject to removal pursuant to 28 U.S.C. §§ 1331 and 1441(b) at the request of Defendant because Plaintiff's claims arise under the law of the United States.

5. Count II of Plaintiff's Complaint asserts a claim for defamation. This Court has supplemental jurisdiction over this state law causes of action pursuant to 28 U.S.C. § 1367.

6. Removal is timely. Defendant has filed this Notice of Removal within 30 days of service of the Summons and Complaint in this action.

7. Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the District of Maryland is the proper venue for removal because Prince George's County, the place where this action is pending, is located within the District of Maryland.

8. A copy of this Notice has been sent to Plaintiff and will be filed with the clerk of the Circuit Court for Prince George's County, Maryland.

9. Filed with this Notice are copies of all process, pleadings, documents and orders which have been received by Wells Fargo related to the state court action.

10. By filing this Notice, Wells Fargo does not waive its rights to object to service of process, the sufficiency of process, venue, or jurisdiction, and specifically reserves the right to assert any defenses and/or objections to which it may be entitled.

WHEREFORE, Defendant hereby provides Notice of its removal of this action to the United States District Court for the District of Maryland and requests that this Court assume full jurisdiction over this cause as provided for by law.

Respectfully submitted,

_____/s/  Charles S. Hirsch_____
Charles S. Hirsch (Fed. ID No. 06605)
Robert A. Scott (Fed. ID No. 24613)
BALLARD SPAHR LLP
300 E. Lombard Street, 18th Floor
Baltimore, Maryland 21202
Telephone: 410-528-5600

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of December, 2012, a copy of the foregoing Notice of Removal was mailed by first class mail, postage prepaid to:

>Thomas Alston
>10012 Cedarhollow Lane
>Largo, Maryland 20774

>/s/ Charles S. Hirsch
>Charles S. Hirsch

DMEAST #16121276 v1

4