**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| THOMAS ALSTON,<br><br>     Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, N.A.,<br><br>     Defendant. | Civil Action No. 8:12-cv-03745-AW |

## **ORDER**

Defendant has filed a line requesting dismissal of this case. Defendant correctly observes that an identical civil case is pending before this Court. *See Alston v. Wells Fargo Bank, N.A.*, 8:12-cv-03671-AW (D. Md. 2012). Therefore, the Court will close the present case for administrative reasons.

Accordingly, IT IS this **27th day of February, 2013**, by the U.S. District Court for the District of Maryland, hereby **ORDERED**:

    1.    That the Clerk **CLOSE** this case;

    2.    That the Clerk transmit a copy of this Order to all counsel of record and mail a copy to pro se Plaintiff.

| | |
|---|---|
| February 27, 2013<br>Date | /s/<br>Alexander Williams, Jr.<br>United States District Judge |